UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**WEIDONG XU**

V.                                                          CIVIL ACTION NO. 24-12619-DJC

**MERRICK GARLAND, ET AL**

### ORDER OF DISMISSAL

CASPER, D.J.

In accordance with the ECF Order dated April 23, 2025, the Court Orders that Defendants' Motion to Dismiss Complaint as Moot is Allowed and the above-entitled action be and hereby is DISMISSED.

April 23, 2025                                              /s/ Lisa M. Hourihan
                                                            Deputy Clerk